Aidan W. Butler (SBN 208399)
Attorney at Law
3550 Wilshire Boulevard, Suite 1924
Los Angeles, California 90010
Telepehone:  (213) 388-5168
Telecopier: (213) 388-5178
tocontactaidan@gmail.com

Attorneys for Plaintiff SARA PETIZER RONEN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA PETIZER RONEN, an individual, | CASE NO.: CV14-4084 DSF (Ex) |
| Plaintiff, | |
| vs. | **NOTICE OF CONDITIONAL SETTLEMENT** |
| FIRSTSOURCE ADVANTAGE, LLC, etc., | |
| Defendants. | |

**TO THE HONORABLE COURT HEREIN:**

**PLEASE TAKE NOTICE** that Plaintiff and Defendant have executed a written settlement agreement resolving all of the issues arising in the above-captioned matter, and that performance under that agreement will be completed within twenty-one (21) days; whereupon, counsel shall file a stipulation for dismissal of the entire matter with prejudice.

DATED: August 7, 2014                     Respectfully submitted,


                              By:    */S/ Aidan W. Butler*
                                     Aidan W. Butler
                                     Attorney for Plaintiff
                                     SARA PETIZER RONEN